## ANDERSON V. POLLARD.

(Decided June 2, 1910.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

WHATLEY & CORNELIUS, for appellant. R. S. PATE, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## BRINDLEY V. LYON.

(Decided May 17, 1910.)

APPEAL from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

P. M. BRINDLEY, for appellant. E. W. GODBEY, for appellee.

Per curiam. Abated by death of appellee for failure to revive.

---

## BROCK V. LITTLEJOHN.

(Decided May 26, 1910.)

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

JOHN C. EYSTER and CALLAHAN & HARRIS, for appellant. E. W. GODBEY, for appellee.

Per curiam. Dismissed on motion of appellant.